

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00387-CV

———————————————

FAITH TREVINO, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF STEVEN L. MIDENCE, DECEASED; BRANDON CHRISTMAS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF STEVEN L. MIDENCE, DECEASED; AND ALMA JACKIE MIDENCE INDIVIDUALLY AND AS NEXT FRIEND OF G.M. AND T.M., Appellants

V.

PREMIER MAINTENANCE SERVICES, LLC AND GEOTHERMAL TECHNOLOGIES, LLC, Appellees

On Appeal from the 415th District Court
Parker County, Texas
Trial Court No. CV23-1602

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellants' Motion to Dismiss the Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: December 19, 2024